**Dismissed and Memorandum Opinion filed May 18, 2023**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00150-CV

### ADENIRAN  OLAWUMI, Appellant

### V.

### CLEMENT  UGORJI, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1183101**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed October 25, 2022. Appellant filed a timely motion for new trial on November 15, 2022. Appellant's notice of appeal was filed February 28, 2023. When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal

beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On April 18, 2023, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant responded that he is appealing the order denying his motion for new trial signed January 30, 2023. An order denying a motion for reconsideration or motion for new trial is not independently appealable. *See Digges v. Knowledge Alliance, Inc.*, 176 S.W.3d 463, 464 (Tex. App.—Houston [1st Dist.] 2004, no pet.). The final appealable judgment in this case is the trial court's October 25, 2022 judgment. Appellant's notice of appeal was not filed within 90 days of the judgment. *See* Tex. R. App. P. 26.1(a). We lack jurisdiction to consider this appeal. *See Ridge v. Ridge*, 658 S.W.3d 427, 431 (Tex. App.—Houston [14th Dist.] 2022, no pet.) ("The time for filing a notice of appeal is jurisdictional for this court, and a late-filed notice of appeal deprives this court of jurisdiction.").

Accordingly, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Spain.